UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
Andrew Clarke and Tapas Sarkar, individually
and on behalf of others similarly situated
persons,
        Plaintiff(s),

JUDGE McMAHON
Index No. 08 CV 2400
AFFIDAVIT OF SERVICE

  -against-
J.P. Morgan Chase & Co.,
        Defendant(s).
----------------------------------------------------------X
STATE OF NEW YORK)
        S.S.:
COUNTY OF NEW YORK)

      DARRYL A. GREEN, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

      That on the 14th day of March 2008, at approximately 1:10 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT, ORDER SCHEDULING AN INITIAL PRETRIAL CONFERENCE AND CIVIL COVER SHEET** upon J.P. Morgan Chase & Co. c/o CT Corporation System at 111 Eighth Avenue, New York, NY 10011, by personally delivering and leaving the same with Sattie Jairam, Process Specialist, who informed deponent that she is an agent authorized by appointment to receive service at that address.

      Sattie Jairam is an Indian female, approximately 50 years of age, stands approximately 5 feet 6 inches tall and weighs approximately 140 pounds with black hair and brown eyes.

_____
DARRYL A. GREEN #0866535

Sworn to before me this
17th day of March, 2008

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20 08