UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREW CLARKE and TAPAS SARKAR, individually and on behalf of other similarly situated persons,

        Plaintiffs,

against

J.P. MORGAN CHASE & CO.,

        Defendant.

Civil Action No. 08-CV-02400(CM)

### STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT

It is hereby stipulated, by and between the parties in the above-captioned matter, that Defendant's time to answer, move, or otherwise respond to the Complaint is extended until May 20, 2008.

OUTTEN & GOLDEN LLP

By: _____
Adam T. Klein (AK 3293)
Jack Raisner (JR 6171)
3 Park Avenue, 29th Floor
New York, New York 10016
(212) 246-1000

Attorneys for Plaintiffs

MORGAN, LEWIS & BOCKIUS LLP

By: _____
Sam S. Shaulson (SS 0460)
Debra Morway (DM 2629)
101 Park Avenue
New York, New York 10178
(212) 309-6000

Attorneys for Defendant

SO ORDERED:

_____
Colleen McMahon, U.S.D.J.

4-4-08

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/4/08