UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW CLARKE and TAPAS SARKAR, individually and on behalf of other similarly situated persons,<br><br>                     Plaintiffs,<br><br>-against-<br><br>JP MORGAN CHASE & CO.,<br><br>                     Defendant. | **ELECTRONICALLY FILED**<br><br>Civil Action No. 08-2400 (CM) |

## DEFENDANT'S RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable district judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Defendant JPMorgan Chase & Co. certify that it is publicly traded on the New York Stock Exchange and that no publicly held company owns 10% or more of its stock.

DATED: April 8, 2008

/s/Sam S. Shaulson
Sam S. Shaulson (SS 0460)
Debra Morway (DM 2629)
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY
212.309.6000
212.309.6001 (fax)

ATTORNEYS FOR DEFENDANTS
JPMorgan Chase Bank, N.A.