Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060
Tel: 212.309.6000
Fax: 212.309.6001
www.morganlewis.com

**Morgan Lewis**
COUNSELORS AT LAW

Samuel S. Shaulson
Partner
212.309.6718
sshaulson@morganlewis.com



**MEMO ENDORSED**

April 23, 2008

**VIA FACSIMILE**

Honorable Colleen McMahon, U.S.D.J.
United States District Court for the
  Southern District of New York
500 Pearl Street
New York, NY 10007

*Agree* to 5/23/08 @ 11:45 a.m.

*Colleen McMahon*
4/23/08

Re:   *Clarke et al. v. J.P. Morgan Chase & Co., 08 Civ. 2400*

Dear Judge McMahon:

I am writing on behalf of both parties to jointly request that the Court adjourn the conference currently scheduled for May 2, 2008 in the above-referenced case. No previous requests to adjourn this date have been made to the Court and the requested adjournment will not affect any previously scheduled dates.

The parties request the adjournment in order to explore the possibility of an early settlement of this action. To this end, the parties are scheduled to meet on or about May 15, 2008 and have already filed a stipulation to extend Defendants' time to respond to the Complaint until May 21, 2008. Accordingly, the parties request that the conference currently scheduled for May 2, 2008 be adjourned until after May 21, 2008.

Respectfully submitted,

*Samuel Shaulson /ef*

Samuel S. Shaulson (SS 0460)

c:   Adam Klein, Esq. (*Via Facsimile*)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/23/08