Adam T. Klein (AK 3293)
Jack Raisner (JR 6171)
**OUTTEN & GOLDEN, LLP**
3 Park Avenue, 29th Floor
New York, NY  10016
Telephone:  (212) 245-1000
Facsimile:  (212) 97704005
Email: atk@outtengolden.com
Email: jar@outtengolden.com

James M. Finberg (CA Bar # 114850)
Eve H. Cervantez (CA Bar #164709)
**ALTSHULER BERZON, LLP**
177 Post Street, Suite 300
San Francisco, CA  94108
Telephone:  (415) 421-7151
Facsimile:  (415) 352-8064
Email: jfinberg@altshulerberzon.com
Email: ecervantez@altshulerberzon.com

Kelly M. Dermody (CA Bar #171716)
Rachel Geman (RG 0998)
Jahan C. Sagafi (CA Bar #224887)
**LIEFF, CABRASER, HEIMANN
& BERNSTEIN, LLP**
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
         and
780 Third Avenue, 48th Floor
New York, NY  10017-2024
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008
Email: kdermody@lchb.com
Email: rgeman@lchb.com
Email: jsagafi@lchb.com

*Attorneys for the Plaintiffs and the
Proposed Class Members*

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ANDREW CLARKE and TAPAS SARKAR, individually and on behalf of other similarly situated persons,<br><br>            Plaintiffs,<br>    v.<br><br>J.P. MORGAN CHASE & CO.,<br><br>            Defendant. | 08 Civ. 2400 (CM) (JCF)<br><br>**NOTICE OF MOTION FOR CONSOLIDATION AND THE APPOINTMENT OF OUTTEN & GOLDEN, LIEFF CABRASER, AND ALTSHULER BERZON AS CO-LEAD INTERIM CLASS COUNSEL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 23(G) AND 42(A)** |

485010.1

PLEASE TAKE NOTICE that, Plaintiffs will move this Court, before the Honorable Colleen McMahon, United States Courthouse, 500 Pearl St., Room 640, New York, New York 10007, on a date and time to be determined by the Court, for an Order of Consolidation and Appointment of Outten & Golden, LLP, Lieff Cabraser Heimann & Bernstein, LLP, and Altshuler Berzon, LLP as Co-Lead Interim Class Counsel Pursuant to Federal Rules of Civil Procedure 23(g) and 42(a).

In support of this Motion, Plaintiffs submit the following:

(1) Declaration of Jack A. Raisner, Esq.;

(2) Declaration of Adam T. Klein, Esq.;

(3) Declaration of Rachel Geman, Esq. and attached Exhibit A (firm resume);

(4) Declaration of Eve H. Cervantez, Esq.;

(5) Memorandum of Law in Support of Plaintiffs' Motion for Consolidation and the Appointment of Outten & Golden, Lieff Cabraser, and Altshuler Berzon as Co-Lead Interim Class Counsel Pursuant to Federal Rules of Civil Procedure 23(g) and 42(a).

Plaintiffs also submit to this Court a Proposed Order for Consolidation and the Appointment of Outten & Golden, Lieff Cabraser, and Altshuler Berzon as Co-Lead Interim Class Counsel Pursuant to Federal Rules of Civil Procedure 23(g) and 42(a).

Dated:   New York, New York
         April 29, 2008

Respectfully submitted,

   /s/ Adam T. Klein (AK 3293)
       Adam T. Klein

Adam T. Klein (AK 3293)
Jack Raisner (JR 6171)
**OUTTEN & GOLDEN, LLP**
3 Park Avenue, 29th Floor
New York, NY  10016
Telephone:  (212) 245-1000
Facsimile:  (212) 977-4005
Email: atk@outtengolden.com
Email: jar@outtengolden.com

James M. Finberg (CA Bar # 114850)
Eve H. Cervantez (CA Bar #164709)
**ALTSHULER BERZON, LLP**
177 Post Street, Suite 300
San Francisco, CA  94108
Telephone:  (415) 421-7151
Facsimile:  (415) 352-8064
Email: jfinberg@altshulerberzon.com
Email: ecervantez@altshulerberzon.com

Kelly M. Dermody (CA Bar #171716)
Rachel Geman (RG 0998)
Jahan C. Sagafi (CA Bar #224887)
**LIEFF, CABRASER, HEIMANN
& BERNSTEIN, LLP**
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
        and
780 Third Avenue, 48th Floor
New York, NY  10017-2024
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008
Email: kdermody@lchb.com
Email: rgeman@lchb.com
Email: jsagafi@lchb.com

**ATTORNEYS FOR PLAINTIFFS AND THE PROPOSED CLASS**