Adam T. Klein (AK 3293)
Jack Raisner (JR 6171)
**OUTTEN & GOLDEN, LLP**
3 Park Avenue, 29th Floor
New York, NY  10016
Telephone:  (212) 245-1000
Facsimile:  (212) 97704005
Email: atk@outtengolden.com
Email: jar@outtengolden.com

James M. Finberg (CA Bar # 114850)
Eve H. Cervantez (CA Bar #164709)
**ALTSHULER BERZON, LLP**
177 Post Street, Suite 300
San Francisco, CA  94108
Telephone:  (415) 421-7151
Facsimile:  (415) 352-8064
Email: jfinberg@altshulerberzon.com
Email: ecervantez@altshulerberzon.com

Kelly M. Dermody (CA Bar #171716)
Rachel Geman (RG 0998)
Jahan C. Sagafi (CA Bar #224887)
**LIEFF, CABRASER, HEIMANN
& BERNSTEIN, LLP**
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
        and
780 Third Avenue, 48th Floor
New York, NY  10017-2024
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008
Email: kdermody@lchb.com
Email: rgeman@lchb.com
Email: jsagafi@lchb.com

*Attorneys for the Plaintiffs and the
Proposed Class Members*

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ANDREW CLARKE and TAPAS SARKAR, individually and on behalf of other similarly situated persons, | 08 Civ. 2400 (CM) (JCF) |
| Plaintiffs, | |
| v. | |
| J.P. MORGAN CHASE & CO., | **DECLARATION OF JACK A. RAISNER IN SUPPORT OF MOTION FOR THE APPOINTMENT OF OUTTEN & GOLDEN, LIEFF CABRASER, AND ALTSHULER BERZON AS CO-LEAD INTERIM CLASS COUNSEL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 23(G)** |
| Defendant. | |

I, JACK A. RAISNER, DECLARE:

1.        I am a partner at OUTTEN & GOLDEN, LLP, counsel for plaintiffs in the above-

captioned case.  I make this statement of my own personal knowledge, and if called to testify,

could and would testify competently thereto.

2.        In preparation for this litigation, I interviewed the plaintiffs and fact witnesses, reviewed

materials pertinent to the litigation, researched relevant case law and drafted the Complaint.  My

firm has already committed the time and efforts of two attorneys and numerous paralegals to the

legal research, factual investigation, and prosecution of this lawsuit, and will continue to do so,

keeping in mind appropriate staffing levels for each project.

3.        Most of Outten & Golden's docketed wage and hour actions are filed in state and federal

courts located within New York.

4.        The firm frequently represents nation-wide classes of employees in Fair Labor Standards

Act litigation, as well as state-wide class-actions filed under the New Jersey Wage and Hour Law

("NJWHL")*,* N.J.S.A. 34:11-56a et seq. and New York Labor Law ("NYLL") §§ 650 *et seq*

5.        I have litigated numerous wage and hour class action lawsuits as a partner and/or Of

Counsel of Outten & Golden, LLP, including *Dorfman, et al. v. United Parcel Service,* No. 06

CV 00703 (E.D.N.Y.); *Rosenburg, et al., v. IBM Corporation,* No. C06-0430 (PJH) (N.D. Cal.)

(with Lieff Cabraser); *Hernandez, et al. v. The Home Depot Inc.*, No. CV-05 3433 (ERK) (SMG)

(E.D.N.Y.); *Day, et al. v.  Control Associates,* No. 04 CV-07125 (LAK)(THK( S.D.N.Y);

*Clarke, et al. v. JP Morgan Chase & Co*. No. 04601519 (NY Sup. Ct., NY Cty) (customer

service employees in New York); *Fouyolle v. JP Morgan Chase & Co*., No. 04-2219 (S.D. Tex.)

(call center workers in Texas);  *Wilson Cole, et al. v. Global Financial Services of Nevada*, 05

Civ. 10011 (JGK)(S.D.N.Y); *Lamons, et al., v. Target Corporation*, CV 04-0260 (ILG) (SMG)

(E.D.N.Y); *Westerfield et al. v. Washingtion Mutual Bank*,  06 Civ. 2817 (CBA)(JMA)

(E.D.N.Y.) ; *Fei, et al. v. WestLB*,   07 Civ. 8785 (HB)(S.D.N.Y.); *Smith et al. v. Citigroup*, 07

Civ. 1791 (JG)(MRL)(E.D.N.Y.); *English et al. v. Ecolab, Inc.*, 06 Civ 5672 (PAC); *Boal et al.*

*Premium Capital Funding LLC d/b/a Topdot Mortgage*, CV 07-698 (DRH) (ETB)(E.D.N.Y.)

6.      I also frequently lecture about wage and hour litigation issues.  For example in February

of 2008, I lectured at the American Bar Association, Labor and Employment Law Section,

Federal Labor Standards Legistion Committee's session on Ethical Issues in Wage & Hour Class

Action Litigation.  In October 2007 at a conference for the National Employment Lawyers

Association I lectured about Ethical Issues in Representing Workers in Wage & Hour Actions.

Additionally, in February 2007,   I lectured for the American Bar Association, Labor and

Employment Law Section, Federal Labor Standards Legistion Committee on the following topic:

Ethical Issues: Ex Parte Contacts and Common Interest Doctrine.

7.      I also write about wage and hour issues and class actions.  I am a chapter contributor to

*International Labor and Employment Laws* Vol. 1 ABA-BNA  (Second Edition) and its annual

Supplements, including the Subchapter on Wages, Hours, and Leave. I am also update editor of

*Representing Plaintiffs in Title VII Actions* (2 vol.) Aspen, which includes several chapters on

class action practice.

        I declare under penalty of perjury under the laws of the United States that the forgoing is

true and correct.


Dated: New York, New York                    By: __/s/  Jack A. Raisner_____
        April 29, 2008

                                             Jack A. Raisner