UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
ANDREW CLARKE and TAPAS SARKAR, :
individually and on behalf of other similarly
situated persons, :

        Plaintiffs,   :     ELECTRONICALLY FILED

  -against-               :     INDEX NO. 08-CV-2400

J.P. MORGAN CHASE & CO.,   :

        Defendant.   :

                    :
------------------------------------- X

## DEFENDANT JPMORGAN CHASE & CO.'S
## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned has been retained by and hereby appears as counsel in the above-captioned action for and on behalf of Defendant JPMorgan Chase & Co. in the above-captioned matter and requests that service of all papers herein be made upon the undersigned at the address set forth below. The undersigned certifies that he is admitted to practice in this court.

Dated: New York, New York
       April 30, 2008

Respectfully submitted,

_____
Sam S. Shaulson (SS 0460)
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, New York 10178
Tel. (212) 309-6718
Fax (212) 309-6001

1-NY/2308021.1