

## Outten & Golden LLP

*Advocates for Workplace Fairness*

Wayne N. Outten
Anne Golden
Adam T. Klein
Laurence S. Moy
Gary Phelan
Kathleen Peratis
Piper Hoffman
Justin M. Swartz
Jack A. Raisner
Wendi S. Lazar

Allegra L. Fishel
Lewis M. Steel
Nantiya Ruan
Deborah L. McKenna
René S. Roupinian

Rachel M. Bien
Molly Brooks
Cara E. Greene
Carmelyn P. Malalis
Stephanie M. Marnin
Tammy Marzigliano
Ossai Miazad
ReNika C. Moore
Linda A. Neilan
Tara Lai Quinlan
Anjana Samant
Lauren Schwartzreich

May 14, 2008

**MEMO ENDORSED**

**Via Facsimile**

Honorable Colleen McMahon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   Clarke et al. v. J.P. Morgan Chase & Co.
      08 Civ. 02400 (CM)

Dear Judge McMahon:

    We represent the plaintiffs in the above-referenced action. We oppose Defendant's request to adjourn the upcoming May 23rd conference. As it stands now, the Defendant is obligated to respond to the *Clarke* Complaint and to work with Plaintiffs' counsel in formulating a case management plan. We therefore respectfully request that the conference date be preserved.

Respectfully submitted,

Adam T. Klein

Cc:   Sam Shaulson, Esq. (Via Facsimile)
      Jim Finberg, Esq.
      Kelly Dermody, Esq.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/08
```

*There will be no adjournment — see attached order*

Colleen McMahon
5/14/08

3 Park Avenue, 29th Floor    New York, NY 10016   Tel 212-245-1000   Fax 212-977-4005
4 Landmark Square, Suite 201  Stamford, CT 06901   Tel 203-363-7888   Fax 203-363-0333
og@outtengolden.com   www.outtengolden.com