UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X
Andrew Clarke, individually and on behalf of all other
similarly situated persons, et al,

          08 Civ. 2400 (CM)(JCF)

        Plaintiff(s),

          ORDER OF REFERENCE
-against-          TO A MAGISTRATE JUDGE

J.P. Morgan Chase & Co.,

        Defendant(s).
_____X

The above entitled action is referred to the Honorable James C. Francis, United States Magistrate Judge for the following purpose(s):

| | |
|---|---|
| ✓ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement | ___ Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___ Specific Non-Dispositive Motion/Dispute:* | ___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction |
| | Purpose:_____ |
| If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | ___ Habeas Corpus |
| | ___ Social Security |
| ___ Settlement* | ___ Dispositive Motion (i.e., motion requiring a Report and Recommendation |
| ___ Inquest After Default/Damages Hearing | |
| | Particular Motion:_____ |
| | All such motions:_____ |

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/23/08

* Do not check if already assigned for general pretrial.

Dated: 23 May 2008
New York, New York

SO ORDERED:

_____
Hon. Colleen McMahon
United States District Judge