SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREW CLARKE and TAPAS SARKAR, individually and on behalf of other similarly situated persons,

Plaintiff,

- against -

J.P. Morgan Chase & Co.,

Defendant.

08 cv 2400 (CM)(JCF)

MOTION TO ADMIT COUNSEL

PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Adam T. Klein a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name:  Eve H. Cervantez
Firm Name:         Altshuler Berzon LLP
Address:           177 Post Street, Suite 300
City/State/Zip:    San Francisco, California 94108
Phone Number:      (415) 421-7151
Fax Number:        (415) 362-8064

Eve H. Cervantez is a member in good standing of the Bar of the States of California

There are no pending disciplinary proceeding against Eve H. Cervantez in any State or Federal court.

Dated: May 21, 2008
City, State: New York, NY

Respectfully submitted,

Sponsor's Adam T. Klein
SDNY Bar AK 3293
Firm Name: Outten & Golden LLP
Address: 3 Park Ave., 29th Floor
City/State/Zip: New York, NY 10016
Phone Number: (212) 245-1000
Fax Number: (212) 977-4005

SDNY Form Web 10/2006

SDNY (Rev. 10/2006) Pro Hac Vice Sample Affidavit

**UNITED STATES DISTRICT**
**SOUTHERN DISTRICT OF NEW YORK**

ANDREW CLARKE and TAPAS SARKAR, individually and on behalf of other similarly situated persons,

Plaintiff,

- against -

J.P. Morgan Chase & Co.,

Defendant.

08 cv 2400 (CM)(JCF)

AFFIDAVIT OF
ADAM T. KLEIN
IN SUPPORT OF MOTION
TO ADMIT EVE H. CERVANTEZ
PRO HAC VICE

State of New York )
                  ) ss:
County of New York )

ADAM T. KLEIN, being duly sworn, hereby deposes and says as follows:

1. I am a partner at Outten & Golden LLP, counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Eve H. Cervantez as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York and was admitted to practice law in January of 2001. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Eve H. Cervantez for several years and have co-counseled numerous cases with him.

4. Ms. Cervantez is a partner at Altshuler Berzon LLP in San Francisco, California.

5. I I have found Ms. Cervantez to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Eve H. Cervantez, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Eve H. Cervantez, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Eve H. Cervantez, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Dated: 05/21/2008
City, State: New York, NY
Notarized:

Respectfully submitted

Name of Movant: Adam T. Klein
SDNY Bar Code: AK 3293

SDNY Form Web 10/2006

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREW CLARKE and TAPAS SARKAR, individually and on behalf of other similarly situated persons,

Plaintiff,

- against -

J.P. Morgan Chase & Co.,

Defendant.

08 cv 2400   ( CM ) (JCF)

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Adam T. Klein attorney for ANDREW CLARKE and TAPAS SARKAR, individually and on behalf of other similarly situated persons,

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Applicant's Name:   Eve H. Cervantez

Firm Name:   Altshuler Berzon LLP

Address:   177 Post Street, Suite 300

City/State/Zip:   San Francisco, CA 94108

Telephone/Fax:   (415) 421-7151

Email Address:   ecervantez@altshulerberzon.com

is admitted to practice pro hac vice as counsel for ANDREW CLARKE and TAPAS SARKAR, individually and on behalf of other similarly situated persons, in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $_____   SDNY RECEIPT#_____
SDNY Form Web 10/2006

**THE STATE BAR OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

May 16, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, EVE HEDY SHAPIRO, #164709 was admitted to the practice of law in this state by the Supreme Court of California on June 15, 1993; that at her request, on September 30, 1997, her name was changed to EVE HEDY CERVANTEZ on the records of the State Bar of California; that she has been since the date of admission, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

# CERTIFICATE OF SERVICE

I, Piel Lora, under penalties of perjury, certify the following as true and correct: I am not a party to this action; and I am over 18 years of age. On this 22 day of May 2008, I served by mail a true and correct copy of the following: (1) Motion to Admit Counsel *Pro Hac Vice*; (2) Affidavit of Adam T. Klein in Support of Motion to Admit Counsel *Pro Hac Vice*; and (3) Proposed Order to Admit Counsel *Pro Hac Vice* for Eve H. Cervantez, Esq. and James M. Finberg, Esq. to the following attorneys of record for J.P. Morgan Chase & Co., defendant in this action, whose last known address is:

> Debra S. Morway, Esq.
> Sam Scott Shaulson, Esq.
> Morgan, Lewis and Bockius LLP (NY)
> 101 Park Avenue
> New York, NY 10178

_____
Piel Lora