SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/3/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREW CLARKE and TAPAS SARKAR, individually and on behalf of other similarly situated persons,

Plaintiff,

- against -

J.P. Morgan Chase & Co.,

Defendant.

08 cv 2400   (CM) (JCF)

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Adam T. Klein attorney for ANDREW CLARKE and TAPAS SARKAR, individually and on behalf of other similarly situated persons,

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Eve H. Cervantez |
| Firm Name: | Altshuler Berzon LLP |
| Address: | 177 Post Street, Suite 300 |
| City/State/Zip: | San Francisco, CA 94108 |
| Telephone/Fax: | (415) 421-7151 |
| Email Address: | ccervantez@altshulerberzon.com |

is admitted to practice pro hac vice as counsel for ANDREW CLARKE and TAPAS SARKAR, individually and on behalf of other similarly situated persons, in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: June 3, 2008
City, State: New York, New York

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $_____   SDNY RECEIPT#_____
SDNY Form Web 10/2006