UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES COURTHOUSE
40 FOLEY SQUARE
NEW YORK, NEW YORK 10007-1581



CHAMBERS OF
DEBRA FREEMAN
UNITED STATES MAGISTRATE JUDGE

August 11, 2008

Adam T. Klein, Esq.
Jack Raisner, Esq.
Outten & Golden, LLP
3 Park Avenue, 29th Floor
New York, NY 10016

Debra S. Morway, Esq.
Sam S. Shaulson, Esq.
Morgan Lewis & Bockius, LLP
101 Park Avenue
New York, NY 10178

Kelly M. Dermody, Esq.
Jahan C. Sagafi, Esq.
Lieff, Cabraser, Heimann & Bernstein, LLP
780 Third Avenue, 48th Floor
New York, NY 10017

James F. Finberg, Esq.
Eve H. Cervantez, Esq.
Altshuler Berzon, LLP
177 Post Street, Suite 300
San Francisco, CA 94008

  Re: *Andrew Clarke, et al., v. J.P. Morgan Chase & Co.,*
     No. 08 Civ. 02400 (CM) (DF)

Dear Counsel:

  Judge McMahon has referred this case to me for general pretrial supervision, and I have scheduled an case management conference for September 8, 2008 at 11:00 a.m. Please note that your Rule 26(f) report should be submitted to my chambers no later than September 5.

  At the case management conference, I will set deadlines for:

    (1) joining other parties and amending the pleadings;

    (2) service of initial document requests and interrogatories;

    (3) completion of fact discovery; and

    (4) completion of expert discovery, if any.

      Please discuss this scheduling with each other in advance of the conference. Rather than impose arbitrary deadlines, I would much prefer it if you could stipulate to a schedule that you believe is realistic for each of the items listed above. If I find your stipulated dates to be reasonable, I will "so order" them at the conference.

      In addition, please be prepared to discuss at the conference the various subjects listed in Rule 16(c). If there are any particular issues that you would like the Court to address, I would appreciate as much advance notice as possible.

      The conference will take place in my Courtroom, Room 102 at the above address.

      Very truly yours,

*[signature]*
Debra Freeman
United States Magistrate Judge